IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  09-cv-00832-WYD-MEH

TARA WOODS LIMITED PARTNERSHIP, a Minnesota limited Partnership,

    Plaintiff,

v.

FANNIE MAE, a federally chartered corporation; and
EICHLER, FAYNE & ASSOCIATES, a Michigan general partnership a/k/a EF&A Funding, L.L.C. d/b/a Alliant Capital, L.L.C., a Michigan limited liability company,

    Defendants.

## ORDER OF RECUSAL

    This matter is before me on a review of the file.  My daughter is an associate at the law firm of Faegre & Benson, counsel for Defendants.  For this reason, I believe that it would be inappropriate for me to preside over this case.  Accordingly, I should recuse myself.  It is therefore

    ORDERED that the judge's file be returned to the clerk and that the case be reassigned by random draw.

    Dated:  April 16, 2009

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        Chief United States District Judge