IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00832-MSK-MEH

TARA WOODS LIMITED PARTNERSHIP, a Minnesota limited partnership,

    Plaintiff,

v.

FANNIE MAE, a federally chartered corporation, and
EICHLER, FAYNE & ASSOCIATES, a Michigan general partnership, a/k/a EF&A Funding, LLC, d/b/a Alliant Capital, LLC, a Michigan limited liability company,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 10, 2009.**

    In the interests of justice pursuant to Fed. R. Civ. P. 15(a), Defendants' Motion to Amend Answer to Assert Additional Affirmative Defenses [filed August 7, 2009; docket #28] is **granted**. The Clerk of the Court is directed to file the Amended Answer to Complaint found at docket #28-2.