IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00832-MSK-MEH

TARA WOODS LIMITED PARTNERSHIP, a Minnesota limited partnership,

    Plaintiff,

v.

FANNIE MAE, a federally chartered corporation, and
EICHLER, FAYNE & ASSOCIATES, a Michigan general partnership, a/k/a EF&A Funding, LLC, d/b/a Alliant Capital, LLC, a Michigan limited liability company,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 30, 2009.**

    The Stipulated Motion to Amend the Scheduling Order [filed November 25, 2009; docket #58] is **granted in part and denied in part**. The Court notes that Judge Krieger has scheduled a Final Pretrial Conference for August 5, 2010, in this matter. Therefore, in an effort to facilitate the parties' request and avoid disturbing the Final Pretrial Conference date, the Court will amend the Scheduling Order as follows:

| | |
|---|---|
| Expert disclosures due: | March 1, 2010 |
| Rebuttal expert disclosures: | April 1, 2010 |
| Discovery cutoff: | April 30, 2010 |
| Dispositive motions due: | May 31, 2010 |

All other deadlines and conference dates shall remain the same.