IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00832-MSK-MEH

TARA WOODS LIMITED PARTNERSHIP, a Minnesota limited partnership,

    Plaintiff,

v.

FANNIE MAE, a federally chartered corporation, and
EICHLER, FAYNE & ASSOCIATES, a Michigan general partnership, a/k/a EF&A Funding, LLC, d/b/a Alliant Capital, LLC, a Michigan limited liability company,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 8, 2009.**

    In the interests of justice, Plaintiff's unopposed[1] Motion to Amend the Complaint [filed November 16, 2009; docket #53] is **granted**. The Clerk of the Court is directed to file the First Amended Complaint and Jury Demand, found at docket #53-2. Defendants shall respond to the First Amended Complaint in accordance with Fed. R. Civ. P. 15(a).

---

[1] *See* docket #62.