IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00832-MSK-MEH

TARA WOODS LIMITED PARTNERSHIP, a Minnesota limited partnership,

    Plaintiff,

v.

FANNIE MAE, a federally chartered corporation, and
EICHLER, FAYNE & ASSOCIATES, a Michigan general partnership, a/k/a EF&A Funding, LLC, d/b/a Alliant Capital, LLC, a Michigan limited liability company,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 16, 2010.**

    Pending before the Court is Defendants' Motion for Leave to File Surreply [filed February 12, 2010; docket #94]. Pursuant to Fed. R. Civ. P. 6(a) & (d) and D.C. Colo. LCivR 7.1C, a response was due to be filed on or before March 8, 2010. No response was filed; therefore, the motion is unopposed. Because Plaintiff's reply brief raises new matters not contained in its original motion to compel, the Court **grants** Defendants' motion and will consider the surreply in adjudicating the motion to compel.