IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No. 09-cv-00832-MSK-MEH | Date: July 2, 2010 |
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom C203** |

TARA WOODS LIMITED PARTNERSHIP,            Angela L. Ekker

    Plaintiff,

vs.

FANNIE MAE and                                             Frank Visciano
EICHLER, FAYNE & ASSOCIATES,

    Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**MOTIONS HEARING**

**Court in session:**     **10:19 a.m.**

Court calls case. Appearances of counsel.

Discussion regarding the status of the case, Plaintiff's Amended Motion to Strike the Number of Defendants' Expert Witnesses that Exceed the Limitation Allowed in the Scheduling Order (Doc. #150, filed 6/15/10), setting a briefing schedule on the other motions set for hearing today, and an *in camera* inspection of privileged documents.

**ORDERED:**    1.    For reasons stated on the record, Plaintiff's Amended Motion to Strike the Number of Defendants' Expert Witnesses that Exceed the Limitation Allowed in the Scheduling Order (Doc. #150, filed 6/15/10) is DENIED.

               2.    As to Plaintiff's Motion for Order Compelling Discovery of Claimed Privileged Information Based on the Crime/Fraud Exception (Doc. #153, filed 6/15/10), Defendants shall file a response on or before **July 12, 2010.** Plaintiff shall file a reply on or before **July 27, 2010.**

               3.    As to Plaintiff's Second Motion for an Order Compelling Discovery (Doc. #161, filed 6/25/10), counsel shall file their briefs in accordance with the Federal Rules of Civil Procedure.

Discussion regarding the pending Motion for Summary Judgment and Plaintiff's request for an extension of time to file a response.  Ms. Ekker is directed to file a written motion with the Court requesting an extension.

**Court in recess:** **11:04 a.m.  (Hearing concluded)**
**Total time in court:** 0:45