**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy:   Patricia Glover                    Date: November 30, 2011
Court Reporter:     Paul Zuckerman

Civil Action No. 09-cv-00832-MSK-MEH

*Parties*:                                              *Counsel Appearing:*

TARA WOODS LIMITED PARTNERSHIP,                         Dan Rosen
                                                        Jean Arnold
        Plaintiff,

v.

FANNIE MAE; and
EICHLER, FAYNE & ASSOCIATES, a/k/a EF&A                 Frank Visciano
Funding, L.L.C. d/b/a Alliant Capital, L.L.C.,          Mai Pham Robertson

        Defendant.

---

**COURTROOM MINUTES**

---

HEARING:   Final Pretrial Conference.

**9:09 a.m.      Court in session.**

Parties are present. Nick Forrette and Rosann Juracek are present as representatives of the respective parties.

The Court addresses the Final Pretrial Order filed on July 15, 2011.

Counsel acknowledge the Court's ruling regarding same. The Final Pretrial Order **(Doc. #252)** is **ADOPTED.**

The Court addresses amount of time needed for trial.

Statements from counsel.

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

**ORDER:**   Bench trial is set for two weeks scheduled to begin on **March 19, 2012 at 1:30 p.m.** and will continue through the week of March 26, 2012 as necessary.  Trial will also begin at 1:30 p.m. on March 26, 2012.  All other days of trial will begin at 8:30 a.m., unless the parties are notified otherwise.  This trial is set in a junior position to a pending criminal trial in 10-cr-00502.

**ORDER:**   Defendant's Motion in *Limine* (**Doc. #243**) is **DENIED** with leave to renew at time of trial.

**ORDER:**   Plaintiff's counsel will advise the Court by **December 14, 2011** its position with regard to requesting a formal decision from the March 30, 2011 proceedings (702 hearing).

**9:45 a.m.**   **Court in recess.**

**Total Time:   36 minutes.**
**Hearing concluded.**