**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy:   Patricia Glover          Date:   March  26,2012
Court Reporter:     Paul Zuckerman

Civil Action No.   09-cv-00832-MSK-MEH

*Parties*:                                   *Counsel*:

TARA WOODS LIMITED PARTNERSHIP,              Dan Rosen
                                             Tammy Pust
                                             Jean Arnold

       Plaintiff,

v.

FANNIE MAE, and                              Frank Visciano
EICHLER, FAYNE & ASSOCIATES, a/k/a           Mai Pham Robertson
EF&A Funding, L.L.C. d/b/a Alliant Capital,
L.L.C.,

Defendants.

---

### COURTROOM MINUTES

---

HEARING: Bench Trial - Day One

**1:43 p.m.      Court in session**

Andrew Grossman, Rosann Juracek and Nick Forrette are present as the parties' corporate representatives.

Preliminary matters addressed by the Court.

Stipulations of fact recited by Mr. Visciano for the record.

**EXHIBITS:   RECEIVED:**  1-3; 7-9; 11-13; 16, 20, 23, 34, 42-45; 48-51; 53-56; 58-60; 65-67; 69-76; 79-85; 88-121; 123; 126-127; 129-133; 136-139; 140-153; 154; 156-157; 160-165; 167-170; 171-179; 181; 183-186; 187-200; 203-207; 209-211; 214-215; 216-222; 240; 244; 246-248; 250-251; 255-256; 272-273; 302-303; 305; 309; 373-377; 386; 405; 702-705; 707-709; 712-713; 720-721; 724-726; 728; 730-736; 741; 744; 746; 753-754; 756-758; 760-761; 780; 782; 783; 803-804;

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

         806; 808; 813; 815-818; 820-822; 825-833; 835-836; 837-840 (all by stipulation);

Opening statement by Mr. Rosen for the plaintiff.

**3:07 p.m. Court in recess**
**3:23 p.m. Court in session**

Opening Statement by Mr. Visciano for the defendant.

**Witness sworn for the plaintiff : Kurt Barkman :**
**3:53 p.m.** Direct Examination by Mr. Rosen.

The Court addresses defendant's Motion for Attorney Fees (**Doc. #285**).

Argument.

ORDER: Defendant's Motion for Attorney Fees **(Doc. #285) is GRANTED,** requiring the posting of either a bond or the sum of $25,000 to be paid into the registry of the Court by close of business tomorrow, March 27, 2012, 5:00 p.m.

 **4:54 p.m.** **Court in recess.**

**Total Time: 2 hours 55 minutes.**
**Trial continued.**